# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JONATHAN PARKER

VERSUS

NATHAN CAIN, III, ET AL.

CIVIL ACTION

15-656-SDD-RLB

## RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated April 30, 2018 to which an objection[3] was filed and also reviewed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petitioner's application for *habeas corpus* relief is denied with prejudice as untimely. It is further ordered that, in the event that the Petitioner seeks to pursue an appeal, a certificate of appealability is hereby denied.

Baton Rouge, Louisiana the 4th day of June, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 20.
[3] Rec. Doc. 21.